| UNITED STATES DISTRICT COURT | USDC-SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC#: |
| | DATE FILED: |

MAHRUKH FATIMA, *as Parent and Natural Guardian of Z.K., et al.*,

                  Plaintiffs,

v.

MEISHA PORTER and NEW YORK CITY DEPARTMENT OF EDUCATION,

                  Defendants.

21-CV-5610 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, within fourteen (14) days of service of the summons and complaint, the parties must meet and confer, then submit the Court a joint letter proposing a briefing schedule for Plaintiffs' pending motion for a preliminary injunction.

SO ORDERED.

Dated:    July 2, 2021
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge