UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahruk Fatima, et al.,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>Meisha Porter, et al.,<br><br>                    Defendants. | 21-CV-05610 (LTS)(RFT)<br><br>**STATUS CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated April 4, 2024 (ECF 50), Judge Laura Taylor Swain referred this case to Magistrate Judge Ona T. Wang for general pretrial supervision. On April 5, 2024, that referral was reassigned to me.

This action is scheduled for a Status Conference on **April 16, 2024, at 11:30 AM**, at which time the parties will be directed to advise the Court as to the status of this matter and whether a settlement before me or a referral to Court-annexed mediation would be productive at this time. Counsel are directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 424 685 856#.**

If that parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  April 10, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge