UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mahruk Fatima, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Meisha Porter, et al., <br><br> Defendants. | 21-CV-05610 (LTS) (RFT) <br><br> **STATUS CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic Conference on **May 1, 2024, at 12:00 PM**. The parties should be prepared to discuss their positions regarding A.D.'s and Y.M.'s claims and a briefing schedule. Counsel are directed to join the conference at the scheduled time.

**Please dial (646) 453-4442, Access Code: 336 532 278#.**

If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  April 29, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge