UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MAHRUKH FATIMA and KAISER AKRAM,
as Parents and Natural Guardians of Z.K., and
MAHRUKH and KAISER AKRAM,
Individually, et al.

                Plaintiffs,

  -v-                                            No. 21-CV-5610-LTS

DAVID BANKS, in his official capacity as
Chancellor of the New York City Department of
Education, and The NEW YORK CITY
DEPARTMENT OF EDUCATION,

                Defendants.

-------------------------------------------------------x

## ORDER

        The parties are hereby ordered to direct all submissions related to dispositive motions, including Plaintiffs' pending Motion for Summary Judgment, to the undersigned. This case remains referred to Judge Tarnofsky for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement.

        SO ORDERED.

Dated: June 14, 2024
       New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                      Chief United States District Judge