# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

MAHRUKH FATIMA, as Parents and Natural Guardian of Z.K., et al.,

                Plaintiff,                21 **CIVIL** 5610 (LTS)

-against-                        **<u>JUDGMENT</u>**

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 13, 2025, Plaintiffs' Motion for Summary Judgment is DENIED, and Defendants' Cross Motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 13, 2025

                                                   **TAMMI M. HELLWIG**

                                                   **Clerk of Court**

                           **BY:**

                                                   **Deputy Clerk**