March 19, 2025

**VIA ECF**

Hon. Laura Taylor Swain
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re**:    *Fatima et al v. Porter et al 1:21-cv-05610 (LTS)*

Dear Judge Swain:

      As you may recall, the undersigned represents the Plaintiff in the above-referenced matter, which was brought under the Individuals with Disabilities Education Act ("IDEA"). Pursuant to the Order dated March 13, 2025 (ECF No. 77), the Plaintiff's motion for summary judgment was denied, resulting in the dismissal of the Plaintiff's Complaint.

      In light of the Court's decision, the Plaintiff intends to pursue entitlement to attorneys' fees and costs as the prevailing party in the underlying administrative matters.

      The Plaintiff further intends to engage in good-faith settlement discussions in order to reach a reasonable agreement regarding attorney's fees and costs, without the need for motion practice. Accordingly, the Parties respectfully request that the Court stay any motion practice related to attorney's fees and allow the Parties to submit a joint status letter within sixty (60) days i.e. on or before Friday, May 16, 2025, to update the Court on the progress of settlement discussions.

      The Parties appreciate the Court's courtesy and consideration in this matter.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni (RB2901)

Cc:    All Counsel of Record via ECF.

---

Application **GRANTED**. The filing of motions relating to attorneys' fees is stayed to allow the parties to engage in settlement discussions on this matter.

The parties shall file a joint letter updating the Court on the status but not the substance of their settlement discussions by **May 16, 2025**.

Dated: March 20, 2025
      New York, NY

SO ORDERED

*Robyn Tarnofsky*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE